IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RPOST HOLDINGS, INC., et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:13-CV-1065-JRG |
| | § | |
| TREND MICRO INCORPORATED, | § | |
| Defendant. | § | |
| | § | |

## ORDER DENYING RPOST'S MOTION FOR CONTINUANCE

Before the Court is RPost's Unopposed Motion for Continuance of the April 7, 2014 Scheduling Conference set by the Court's March 19, 2014 Order (Dkt. No. 19). The Court, having considered same, finds that the motion should be and is hereby **DENIED**.

Accordingly, the parties are **ORDERED** to appear at the April 7, 2014 Scheduling Conference, as previously directed by the Court.

**So ORDERED and SIGNED this 26th day of March, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE